NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AARON SWANSON,                         )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No. 2D16-4720
                                       )
LINDA J. ROBLES, as personal           )
representative of the Estate of Miguel A. )
Mercado, deceased,                     )
                                       )
            Appellee.                  )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for
Hillsborough County; Elizabeth G. Rice,
Judge.

Angela C. Flowers of Kubicki Draper, P.A.,
Ocala, for Appellant.

Joel D. Eaton of Podhurst Orseck, P.A.,
Miami; Christine M. Franco of Franco Law
Group, P.A., Tampa; and Weldon E.
Brennan of Brennan, Holden & Kavouklis,
P.A., Tampa, for Appellee.

PER CURIAM.


            Affirmed.


SILBERMAN, KELLY, and BLACK, JJ., Concur.